| | |
|---|---|
| <u>DEFENDANT:</u> | Frederick McCoy |
| <u>AGE/YOB</u>: | 1983 |
| <u>COMPLAINT FILED?</u> | _____ Yes   __x_____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes   _x_ No |
| <u>OFFENSE(S):</u> | (1) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon<br>(2) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon |
| <u>LOCATION OF OFFENSE:</u> | Denver, Colorado |
| <u>PENALTY:</u> | (1) NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment.<br><br>(2) NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| <u>AGENT:</u> | TFO Aaron Anderson, ATF |
| <u>AUTHORIZED BY:</u> | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

 x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.