AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22-cr-00118-RM |
| FREDERICK MCCOY, | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     FREDERICK MCCOY,                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon

Date:     04/06/2022                                                           s/T. Vo, Deputy Clerk
                                                                                      *Issuing officer's signature*

City and state:     Denver, Colorado                              Jeffrey P. Colwell, Clerk of Court
                                                                                      *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                               _____
                                                                                      *Arresting officer's signature*

                                                                                      _____
                                                                                      *Printed name and title*