IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00118-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FREDERICK MCCOY,

        Defendant.

---

## NOTICE OF APPEARANCE
---

        The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Laura Suelau
        LAURA SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert Buchman, Assistant United States Attorney
Email: albert.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Frederick McCoy  (Via U.S. Mail)


s/ Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant