AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:28 am, Apr 14, 2022
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-cr-00118-RM |
| | ) | |
| FREDERICK MCCOY, | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FREDERICK MCCOY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon

Date: 04/06/2022

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/6/22, and the person was arrested on *(date)* 4/11/22
at *(city and state)* Denver.

Date: 4/14/22

*Arresting officer's signature*

Jason Anderson ATF TFO
*Printed name and title*