AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 APR 15  AM 9: 16

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  22-cr-00118-RM |
| | ) | |
| FREDERICK MCCOY, | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FREDERICK MCCOY,                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon

Date:      04/06/2022                                   s/T. Vo, Deputy Clerk
                                                        *Issuing officer's signature*

City and state:   Denver, Colorado                      Jeffrey P. Colwell, Clerk of Court
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/6/22 , and the person was arrested on *(date)* 4/11/22 at *(city and state)* Denver . |
| Date: 4/11/22                                   _____ *Arresting officer's signature* |
| Aaron Anderson ATF TFO *Printed name and title* |