IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-000118-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**FREDERICK MCCOY,**

      Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

      Frederick McCoy, by and through undersigned counsel, notifies this court that a disposition has been reached in his case with the government. Mr. McCoy requests a change of plea hearing for the court to consider the proposed plea agreement. He further requests this court vacate the trial date set for September 19, 2022, and all related dates and deadlines.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Laura_suelau@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Frederick McCoy (Via U.S. Mail)

    s/Laura Suelau
    LAURA SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Laura_suelau@fd.org
    Attorney for Defendant