**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 22-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK MCCOY,

    Defendant.

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

Pursuant to the Notice of Disposition filed on July 27, 2022 (ECF No. 18), a Change of Plea Hearing is set for **August 26, 2022** at **1:00 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motions/response deadlines, the trial preparation conference scheduled for **September 7, 2022**, and the four-day jury trial scheduled for **September 19, 2022** are VACATED.

DATED this 1st day of August, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge