IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK MCCOY,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about February 22, 2022, in the State and District of Colorado, the defendant, FREDERICK MCCOY, knowingly possessed a stolen firearm and ammunition, that is, a Sig Sauer .40 caliber handgun bearing serial number 58H252104 and further loaded with ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm and ammunition was stolen.

All in violation of Title 18, United States Code, Section 922(j).

COLE FINEGAN
United States Attorney

By: /s/ Albert Buchman
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax: 303-454-0406
E-mail: al.buchman@usdoj.gov
Attorney for Government