<u>DEFENDANT:</u>         Frederick McCoy

<u>AGE/YOB</u>:            1983

<u>COMPLAINT FILED?</u>    _____ Yes    __x_____ No

If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>    __ Yes    _x_ No

<u>OFFENSE:</u>    (1) 18 U.S.C. § 922(j), Possession of a Stolen Firearm or Ammunition.

<u>LOCATION OF OFFENSE:</u>   Denver, Colorado

<u>PENALTY:</u>    (1) NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment.

<u>AGENT:</u>    TFO Aaron Anderson, ATF

<u>AUTHORIZED BY:</u>   Albert Buchman
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.