**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   n/a | Date:   August 26, 2022<br>Interpreter:   n/a |

---

**CASE NO.   22-cr-00118-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1.   FREDERICK MCCOY, | Laura Suelau |
| Defendant. | |

---

**COURTROOM MINUTES**

---

**CHANGE OF PLEA
COURT IN SESSION:        1:01 p.m.**

Appearances of counsel.    Defendant is present and in custody.

Preliminary remarks made by the Court and discussion held regarding certain terms of the Plea Agreement.

Defendant is sworn and answers true name.    Defendant is 39 years old.

**EXHIBITS:**    Plea documents received.

The Court questions the defendant regarding the Waiver of Indictment.    Defendant states his consent to proceed by Information.

**ORDERED:**   The Waiver of Indictment is approved and signed by the Court.    The Waiver of Indictment and Information shall be filed.

Defendant waives reading of the Information.

Defendant pleads GUILTY to Count 1 of the Information.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **November 10, 2022, at 3:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     1:46 p.m.
**Total in court time:**  00:45
**Hearing concluded**