## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00118-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     FREDERICK MCCOY,

       Defendant.

---

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 13th day of October 2022.

                    COLE FINEGAN
                    United States Attorney

        By:    s/ *Kurt J. Bohn*
                Kurt J. Bohn
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Ste. 1600
                Denver, CO 80202
                (303) 454-0100
                kurt.bohn@usdoj.gov
                *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jody Gladura*
FSA Federal Paralegal
Office of the U.S. Attorney