IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00118-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FREDERICK MCCOY,

        Defendant.

---

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
---

        COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby gives notice to the Court that it will not seek criminal forfeiture of the firearms and ammunition listed in the Indictment. (Doc. 1).  The defendant has signed a Consent to Firearm Destruction and Waiver as to the subject firearms and ammunition, which will be destroyed by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

        DATED this 13th day of October 2022.

                                                  Respectfully submitted,

                                                COLE FINEGAN
                                                United States Attorney

                        By:    s/ *Kurt J. Bohn*
                                   Kurt J. Bohn
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   1801 California Street, Ste. 1600
                                   Denver, CO 80202
                                   (303) 454-0100
                                   kurt.bohn@usdoj.gov
                                   *Attorney for the United States*