IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00118-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**FREDERICK MCCOY**,

        Defendant.

---

## UNOPPOSED MOTION TO CONTINUE DEADLINE FOR OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT
---

      Frederick McCoy, through Assistant Federal Public Defender Laura H. Suelau, respectfully requests this Court reset the deadline for Objections to Presentence Investigation Report (PSR) from October 20, 2022 to October 24, 2022. In support of this Motion, counsel states:

    1. Undersigned counsel received the PSR on October 6, 2022. Pursuant to Federal Rule of Criminal Procedure 32(f), Objections to that report are due on or before October 20, 2022.

    2. Counsel met with Mr. McCoy and reviewed the PSR at the Federal Detention Center on October 18, 2022.

    3. Counsel has been working to diligently prepare and file Objections to the PSR. However, counsel began a medical treatment on October 19, 2022 that has a number of side-effects and has impacted her ability to complete those objections on or before October 20, 2022.

    4. Counsel requires an additional two days, until October 24, 2022, to complete and file the objections necessary to effectively represent Mr. McCoy.

    5. Counsel for the government, Al Buchman, does not oppose the requested continuance.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert Buchman, Albert.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Frederick McCoy (U.S. Mail)

                                           s/Laura Suelau
                                           LAURA SUELAU
                                           Assistant Federal Public Defender
                                           633 17th Street, Suite 1000
                                           Denver, CO  80202
                                           Telephone:  (303) 294-7002
                                           FAX:  (303) 294-1192
                                           laura.suelau@fd.org
                                           Attorney for Defendant