IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00118-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**FREDERICK MCCOY**,

        Defendant.

---

**UNOPPOSED MOTION TO CONTINUE DEADLINE FOR
SENTENCING RELATED DOCUMENTS**

---

Frederick McCoy, through Assistant Federal Public Defender Laura H. Suelau, respectfully requests this Court reset the deadline outlined in D.C.COLO.LCrR 32.1 for sentencing related filings. In support of this Motion, counsel states:

1. D.C.COLO.LCrR 32.1 provides that Motions for Departure or Variance shall be filed no later than 14 days before sentencing. Mr. McCoy's sentencing is presently set for November 10, 2022.

2. As outlined in Doc. 29, counsel began a medical treatment on October 19, 2022 that has a number of side-effects and has impacted her ability to complete sentencing-related filings on or before October 27, 2022.

3. Counsel requires an additional two days, until October 31, 2022, to complete and file those motions and effectively represent Mr. McCoy.

4. The filing of sentencing related documents is essential to ensuring Mr. McCoy's Due Process rights at the critical sentencing stage of his case. *See Mempha v. Ray,* 389 U.S. 128 (1967).

5. Counsel for the government, Al Buchman, does not oppose the requested continuance.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                <u>s/Laura Suelau</u>
                LAURA SUELAU
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                laura.suelau@fd.org
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert Buchman, Albert.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Frederick McCoy (U.S. Mail)

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant
