# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-CR-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK MCCOY,

    Defendant.

## UNITED STATES' MOTION TO DISMISS COUNTS ONE AND TWO

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, and in accordance with the plea agreement in this matter, hereby files the United States' Motion to Dismiss Counts One and Two in the above-captioned matter. As grounds therefore, the government respectfully states to the Court as follows:

    1.  The defendant is scheduled for sentencing on November 21, 2022, having entered a plea of guilty to Count One of the Information, ECF No. 22, pursuant to the written plea agreement, ECF No. 24. Therefore, the government moves to dismiss the remaining counts of the Indictment, Counts One and Three, ECF No. 1.

    2.  The government respectfully requests that the Court grant the present motion following the imposition of sentence and entry of judgment of conviction as to the

defendant. This request is in accordance with the negotiated terms as contained within the plea agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts One and Two at the time of sentencing in the above-captioned matter.

Dated this 10th day of November, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:   s/ Albert Buchman
       Albert Buchman
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Fax: (303) 454-0409
       Email: al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/ Lauren Timm*
                                      Lauren Timm
                                      Legal Assistant
                                      United States Attorney's Office