IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Sarah Mitchell<br>Probation: Ryan Kinsella | Date: November 21, 2022<br>Interpreter: n/a |

**CASE NO. 22-cr-00118-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| FREDERICK MCCOY, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session: 10:30 a.m.**

Court calls case. Appearances of counsel. Defendant is present and in custody.

Defendant entered his plea on August 26, 2022, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** United States' Motion to Dismiss Counts 1 and 2 (Doc. 39) is GRANTED.

**ORDERED:** United States' Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) (Doc. 40) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, FREDERICK MCCOY, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **114 months.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**   Defendant's request for the RDAP program is DENIED, as specified.

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:**   While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:     12:07 p.m.**
Hearing concluded.
Total time: 1 hour, 37 minutes.